FILED
2012 SEP -7 PM 1:01
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE FIDELITY LAND TRUST COMPANY, LLC,
As Trustee under Trust No. 000068 dated February 3, 2012,
*A Florida Land Trust*,

Plaintiff,

v.                                                                    No. 6:12-CV-1367-ORL-18-TBS

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC
AND HOMECOMINGS FINANCIAL NETWORK, INC.,

Defendants.

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** defendant Homecomings Financial, LLC[1], by and through its counsel of record, pursuant to Federal Rule of Civil Procedure 7.1, and hereby makes the following disclosures:

Homecomings Financial, LLC is a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc. ("Ally"). Ally is not publicly held. No publicly held corporation owns more than 10% of the common stock of Ally.

---

[1] In 2006, Homecomings Financial Network, Inc. became Homecomings Financial, LLC.

1

1/2378865.2

Dated this 6th day of September, 2012.

_____
José D. Vega
(Florida Bar No. 88872)
Hope T. Cannon
(Florida Bar No. 95542 – admission pending ceremony)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jvega@babc.com
hcannon@babc.com

ATTORNEYS FOR MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AND
HOMECOMINGS FINANCIAL, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this _6_ day of September, 2012:

> Howard Feinmel, Esq.
> The Delta Law Firm
> 5030 Champion Blvd.
> PMB # G6-275
> Boca Raton, FL 33496
>
> ATTORNEY FOR PLAINTIFF
> THE FIDELITY LAND TRUST COMPANY

_____
José D. Vega
One of the Attorneys for Defendants

2

1/2378865.2